# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Ronald Brett Mullen<br>aka Brett Mullen,<br>aka Ronald B Mullen<br>&<br>Judith Ann Mullen<br>aka Judy Mullen<br><br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 15-15927 AMC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Specialized Loan Servicing LLC as servicer for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Capital I Inc. Trust 2006-HE2, Mortgage Pass- Through Certificates, Series 2006-HE2 and index same on the master mailing list.

Respectfully submitted,

**/s/ Rebecca Solarz, Esquire**
Rebecca Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734