| Creditor: | Specialized Loan Servicing LLC |
|---|---|
| Debtor: | Ronald Brett Mullen & Judith Ann Mullen |
| Case No.: | 15-15927 |
| Loan No.: | xxxxxx6818 |
| Our File No.: | 4126-N-8007 |
| Collateral: | 637 Picket Way<br>West Chester, PA 19382 |

**PAYMENTS RECEIVED**

| | |
|---|---|
| Loan Status as of: | 9/6/2017 |
| Initial Due Date: | 9/1/2016 |

| Date Received | Amount Received | Due Date | Amount Due | NSF/Late Charges/Other | Paid Over/Short | Description |
|---|---|---|---|---|---|---|
|  | $ - | 9/1/2016 | $ 1,694.62 | $ - | $ (1,694.62) | Payment Accrued |
| 9/1/2016 | $ - |  |  | $ 1,237.18 | $ 1,237.18 | Post-Loan Mod Suspense |
| 8/26/2016 | $ 1,694.62 |  |  | $ - | $ 1,694.62 | Funds Received |
| 9/30/2016 | $ 1,738.43 |  |  | $ - | $ 1,738.43 | Funds Received |
|  | $ - | 10/1/2016 | $ 1,694.62 | $ - | $ (1,694.62) | Payment Accrued |
| 11/1/2016 | $ (1,233.87) |  |  | $ - | $ (1,233.87) | Payment Reversed |
|  | $ - | 11/1/2016 | $ 1,694.62 | $ - | $ (1,694.62) | Payment Accrued |
| 11/4/2016 | $ 1,694.62 |  |  | $ - | $ 1,694.62 | Funds Received |
|  | $ - | 12/1/2016 | $ 1,694.62 | $ - | $ (1,694.62) | Payment Accrued |
| 12/12/2016 | $ 1,694.62 |  |  | $ - | $ 1,694.62 | Funds Received |
|  | $ - | 1/1/2017 | $ 1,694.62 | $ - | $ (1,694.62) | Payment Accrued |
| 1/12/2017 | $ 1,647.50 |  |  | $ - | $ 1,647.50 | Funds Received |
|  | $ - | 2/1/2017 | $ 1,694.62 | $ - | $ (1,694.62) | Payment Accrued |
| 2/24/2017 | $ 1,694.63 |  |  | $ - | $ 1,694.63 | Funds Received |
|  | $ - | 3/1/2017 | $ 1,694.62 | $ - | $ (1,694.62) | Payment Accrued |
| 3/28/2017 | $ 1,695.00 |  |  | $ - | $ 1,695.00 | Funds Received |
|  | $ - | 4/1/2017 | $ 1,694.62 | $ - | $ (1,694.62) | Payment Accrued |
|  | $ - | 5/1/2017 | $ 1,694.62 | $ - | $ (1,694.62) | Payment Accrued |
| 5/2/2017 | $ 1,695.00 |  |  | $ - | $ 1,695.00 | Funds Received |
|  | $ - | 6/1/2017 | $ 1,758.71 | $ - | $ (1,758.71) | Payment Accrued |
| 6/5/2017 | $ 1,695.00 |  |  | $ - | $ 1,695.00 | Funds Received |
|  | $ - | 7/1/2017 | $ 1,758.71 | $ - | $ (1,758.71) | Payment Accrued |
| 7/20/2017 | $ 1,695.00 |  |  | $ - | $ 1,695.00 | Funds Received |
|  | $ - | 8/1/2017 | $ 1,758.71 | $ - | $ (1,758.71) | Payment Accrued |
| 8/23/2017 | $ 1,758.70 |  |  | $ - | $ 1,758.70 | Funds Received |
|  | $ - | 9/1/2017 | $ 1,758.71 | $ - | $ (1,758.71) | Payment Accrued |
| Total: | $ 17,469.25 |  | $ 22,286.42 | $ 1,237.18 | $ (3,579.99) | |

| Delinquent Payments | | Days Delinquent: | 67 | | |
|---|---|---|---|---|---|
| Month Due | P&I Due | Escrow Due | Stip Due | Total Due | |
| 7/1/2017 | $ 1,221.32 | $ 537.39 | $ - | $ 1,758.71 | |
| 8/1/2017 | $ 1,221.32 | $ 537.39 | $ - | $ 1,758.71 | |
| 9/1/2017 | $ 1,221.32 | $ 537.39 | $ - | $ 1,758.71 | |
| Delinquency | | | | $ 5,276.13 | |
| Less Suspense | | | | $ 1,696.14 | |
| Total Delinquency | | | | $ 3,579.99 | |