```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania
In re:                                                                  Case No. 15-15927-amc
Ronald Brett Mullen
Judith Ann Mullen                                                       Chapter 13
          Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: John                Page 1 of 2              Date Rcvd: Dec 22, 2017
                               Form ID: pdf900           Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 24, 2017.
db/jdb         +Ronald Brett Mullen,    Judith Ann Mullen,    637 Picket Way,    West Chester, PA 19382-5909
cr             +DEUTSCHE BANK NATIONAL TRUST COMPANY,    14841 Dallas Parkway, Suite 300,
                 Dallas, TX 75254-7883
cr             +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
cr             +Wells Fargo Bank, N.A./Wells Fargo Home Mortgage,    MAC X7801-014,    3476 Stateview Blvd.,
                 Fort Mill, SC 29715-7203
cr             +Westtown Township,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
13835635        DEUTSCHE BANK NATIONAL TRUST COMPANY,    DEFAULT DOCUMENT PROCESSING,    MAC#N9286-01Y,
                 1000 BLUE GENTIAN ROAD,    EAGAN, MN 55121-7700
13596706       +Deutsche Bank National Trust Company,    c/o JOSEPH PATRICK SCHALK,    Phelan Hallinan, LLP,
                 1617 JOHN F. KENNEDY BLVD. SUITE 1400,    PHILADELPHIA, PA 19103-1814
13983560       +Deutsche Bank National Trust Company,    for Morgan Stanley Capital 2006-HE2,
                 c/o REBECCA ANN SOLARZ,    710 Market Street, Suite 5000,    Philadelphia, PA 19106-2312
13582859        Deutsche Bank National Trust Company c/o,    America's Service Company,    P.O. Box 14591,
                 Des Moines, IA 50306-3591
13641025       +Deutsche Bank National Trust, as Trustee,    America's Servicing Co. Attn: Bankruptcy,
                 MAC #D3347-014,    3476 Stateview Boulevard,    Fort Mill, SC 29715-7203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Dec 23 2017 00:42:27      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 23 2017 00:41:53      Pennsylvania Department of Revenue,
                 Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 23 2017 00:42:22      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                               TOTAL: 3

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 22, 2017 at the address(es) listed below:
              ANDREW SPIVACK    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee et.
               al. paeb@fedphe.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Westtown Township jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee
               et. al. paeb@fedphe.com
              MATTHEW L. CONLEY    on behalf of Joint Debtor Judith Ann Mullen mconley@conleylawpractice.com
              MATTHEW L. CONLEY    on behalf of Debtor Ronald Brett Mullen mconley@conleylawpractice.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Morgan Stanley Capital I Inc. Trust 2006-HE2, Mortage Pass- Through Cerftificates, Series
               2006-HE2 bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Specialized Loan Servicing LLC
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee et.
               al. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```

```
District/off: 0313-2            User: John              Page 2 of 2              Date Rcvd: Dec 22, 2017
                                Form ID: pdf900         Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
      WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                       TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Judith Ann Mullen aka Judy Mullen<br>Ronald Brett Mullen aka Brett Mullen, aka<br>Ronald B Mullen<br>　　　　　Debtor(s) | CHAPTER 13 |
| Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Capital I Inc. Trust 2006-HE2, Mortage Pass- Through Cerftificates, Series 2006-HE2<br>　　　　　Movant<br>vs. | NO. 15-15927 AMC<br><br>11 U.S.C. Section 362 |
| Judith Ann Mullen aka Judy Mullen<br>Ronald Brett Mullen aka Brett Mullen, aka<br>Ronald B Mullen<br>　　　　　Debtor(s) | |
| William C. Miller Esq.<br>　　　　　Trustee | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1.　The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$1,765.24**, which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | November 2017 through December 2017 at $1,758.71/month |
| Suspense Balance: | ($1,752.18) |
| **Total Post-Petition Arrears** | **$1,765.24** |

2.　The Debtor(s) shall cure said arrearages in the following manner;

a) Beginning January 1, 2018 and continuing through June 1, 2018, until the arrearages are cured, Debtor(s) shall pay the present regular monthly payment of **$1,758.71** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of **$294.21** towards the arrearages on or before the last day of each month at the address below;

Specialized Loan Servicing, LLC
PO Box 636007
Littleton, Colorado 80163

b)　Maintenance of current monthly mortgage payments to the Movant thereafter.

3. Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date:    December 18, 2017

By: /s/ Rebecca A. Solarz
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734

Date: 12/18/17

Matthew L. Conley
Attorney for Debtor(s)

Date: 12-19-17

William C. Miller    JACK MILLER
Chapter 13 Trustee

Approved by the Court this _____ day of _____, 2017. However, the court retains discretion regarding entry of any further order.

**Date: December 22, 2017**

_____
Bankruptcy Judge
Ashely M. Chan