**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:  Ronald Brett Mullen,                                  :  Case No.:  15-15927-amc
Judith Ann Mullen                                             :
                                                             :  Chapter 13
Debtors                                                      :
                                                             :  Hearing Date:  December 11, 2018
                                                             :  Hearing Time:  11:00 am

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

The Debtors have filed a Motion to Sell Real Estate.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before November 21, 2018 you or your attorney must do all of the following:

(a) file an answer explaining your position at:

Clerk of Courts
United States Bankruptcy Court
Robert C. Nix, Jr. Building
Suite 400
900 Market Street
Philadelphia, PA  19107

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to the movant's attorney:

Matthew L. Conley, Esquire
Conley Law Practice, LLC
300 N. Pottstown Pike, Suite 220
Exton, PA  19341
610-524-3200 (phone)
484-870-5969 (fax)

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan on December 11, 2018, at 11:00 am in Courtroom #4, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.


Date: November 7, 2018                    /s/ Matthew L. Conley
                                          MATTHEW L. CONLEY, ESQUIRE
                                          Attorney for Debtor
                                          300 N. Pottstown Pike, Suite 220
                                          Exton, PA 19341
                                          610-524-3200 (ph)
                                          484-870-5969 (fax)