## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:  Ronald Brett Mullen, | : Case No.: 15-15927-amc |
| Judith Ann Mullen | : |
| | : |
| Debtors | : Chapter 13 |
| | : |

### ORDER

AND NOW, this \_\_\_11th\_\_\_ day of \_\_\_Dec\_\_\_, 2018, upon consideration of the Debtors' Motion to Sell Real Estate it is hereby ORDERED that:

1) Debtors are authorized to sell their real property located at 637 Picket Way, West Chester, PA 19382 ("Property"), with all liens to be paid at closing, for the sale price of $407,000.00, pursuant to the terms of a certain real estate agreement of sale dated October 24, 2018, to the buyers, Kevin and Andrea Bigelow, who are purchasing the Property at arms-length.

2) The proceeds from the sale shall be distributed as follows:

   a) Ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or any other such routine matters;

   b) Mortgage lien paid in full subject to a proper payoff quote at the time of closing - Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Capital, Inc. Trust 2006-HE-2 Mortgage Pass-Through Certificates, Series 2006-HE2;

   c) Real estate taxes, sewer, trash and/or other such items;

   d) Real estate commission, at no greater than 6%; and,

   e) $11,309.24 payable to William C. Miller, Trustee ($10,281.12 for payment of unpaid creditor claims, $1,028.12 for Trustee commission).

3) The Debtors will receive the net proceeds from the sale of the Property.

4) If the closing/sale does not occur within (90) ninety days of this Order, Specialized Loan Servicing, LLC as Servicer for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Capital, Inc. Trust 2006-HE-2 Mortgage Pass-Through Certificates, Series 2006-HE2, may be granted relief from the stay to proceed with its state court rights.

BY THE COURT:

_____
The Honorable Ashely M. Chan
United States Bankruptcy Judge