United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Ronald Brett Mullen
Judith Ann Mullen
    Debtors

Case No. 15-15927-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: John      Page 1 of 2      Date Rcvd: Dec 13, 2018
                    Form ID: pdf900   Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2018.
```
db/jdb         +Ronald Brett Mullen,    Judith Ann Mullen,    637 Picket Way,    West Chester, PA 19382-5909
cr             +DEUTSCHE BANK NATIONAL TRUST COMPANY,    14841 Dallas Parkway, Suite 300,
                 Dallas, TX 75254-7883
cr             +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
cr             +Wells Fargo Bank, N.A./Wells Fargo Home Mortgage,    MAC X7801-014,    3476 Stateview Blvd.,
                 Fort Mill, SC 29715-7203
cr             +Westtown Township,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
13835635        DEUTSCHE BANK NATIONAL TRUST COMPANY,    DEFAULT DOCUMENT PROCESSING,    MAC#N9286-01Y,
                 1000 BLUE GENTIAN ROAD,    EAGAN, MN 55121-7700
13596706       +Deutsche Bank National Trust Company,    c/o JOSEPH PATRICK SCHALK,    Phelan Hallinan, LLP,
                 1617 JOHN F. KENNEDY BLVD. SUITE 1400,    PHILADELPHIA, PA 19103-1814
13983560       +Deutsche Bank National Trust Company,    for Morgan Stanley Capital 2006-HE2,
                 c/o REBECCA ANN SOLARZ,    710 Market Street, Suite 5000,    Philadelphia, PA 19106-2312
13582859        Deutsche Bank National Trust Company c/o,    America's Service Company,    P.O. Box 14591,
                 Des Moines, IA  50306-3591
13641025       +Deutsche Bank National Trust, as Trustee,    America's Servicing Co. Attn: Bankruptcy,
                 MAC #D3347-014,    3476 Stateview Boulevard,    Fort Mill, SC 29715-7203
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Dec 14 2018 03:12:20     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 14 2018 03:11:26
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 14 2018 03:12:16     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3
```

       ***** BYPASSED RECIPIENTS *****
NONE.                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2018                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2018 at the address(es) listed below:
```
              ANDREW  SPIVACK    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee et.
               al. paeb@fedphe.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Westtown Township jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee
               et. al. paeb@fedphe.com
              KERI P EBECK    on behalf of Creditor    Specialized Loan Servicing, LLC As Servicer For Deutsche
               Bank National Trust Company, As Trustee For Morgan Stanley Capital, Inc. Trust 2006-He-2
               Mortgage Pass-Through Certificates, Series 2006-He2 kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              MATTHEW L. CONLEY    on behalf of Joint Debtor Judith Ann Mullen mconley@conleylawpractice.com
              MATTHEW L. CONLEY    on behalf of Debtor Ronald Brett Mullen mconley@conleylawpractice.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Morgan Stanley Capital I Inc. Trust 2006-HE2, Mortage Pass- Through Cerftificates, Series
               2006-HE2 bkgroup@kmllawgroup.com
```

```
District/off: 0313-2             User: John                Page 2 of 2              Date Rcvd: Dec 13, 2018
                                 Form ID: pdf900           Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        REBECCA ANN SOLARZ    on behalf of Creditor    Specialized Loan Servicing LLC
         bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee et.
         al. bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
         philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                          TOTAL: 12

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:  Ronald Brett Mullen, | : Case No.: 15-15927-amc |
| Judith Ann Mullen | : |
| | : |
| Debtors | : Chapter 13 |
| | : |

### ORDER

AND NOW, this \_\_\_11th\_\_\_ day of \_\_\_Dec\_\_\_, 2018, upon consideration of the Debtors' Motion to Sell Real Estate it is hereby ORDERED that:

1) Debtors are authorized to sell their real property located at 637 Picket Way, West Chester, PA 19382 ("Property"), with all liens to be paid at closing, for the sale price of $407,000.00, pursuant to the terms of a certain real estate agreement of sale dated October 24, 2018, to the buyers, Kevin and Andrea Bigelow, who are purchasing the Property at arms-length.

2) The proceeds from the sale shall be distributed as follows:

   a) Ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or any other such routine matters;

   b) Mortgage lien paid in full subject to a proper payoff quote at the time of closing - Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Capital, Inc. Trust 2006-HE-2 Mortgage Pass-Through Certificates, Series 2006-HE2;

   c) Real estate taxes, sewer, trash and/or other such items;

   d) Real estate commission, at no greater than 6%; and,

   e) $11,309.24 payable to William C. Miller, Trustee ($10,281.12 for payment of unpaid creditor claims, $1,028.12 for Trustee commission).

3) The Debtors will receive the net proceeds from the sale of the Property.

4) If the closing/sale does not occur within (90) ninety days of this Order, Specialized Loan Servicing, LLC as Servicer for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Capital, Inc. Trust 2006-HE-2 Mortgage Pass-Through Certificates, Series 2006-HE2, may be granted relief from the stay to proceed with its state court rights.

BY THE COURT:

_____
The Honorable Ashely M. Chan
United States Bankruptcy Judge