Certificate Number: 14424-PAE-DE-032445689

Bankruptcy Case Number: 15-15927



14424-PAE-DE-032445689

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 14, 2019, at 10:40 o'clock PM EDT, Ronald B Mullen completed a course on personal financial management given by internet by Financial Education Services, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: March 14, 2019         By: /s/Mabelyn Ramirez

                             Name: Mabelyn Ramirez

                             Title: Instructor