Certificate Number: 14424-PAE-DE-032445688

Bankruptcy Case Number: 15-15927



14424-PAE-DE-032445688

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 14, 2019, at 10:40 o'clock PM EDT, Judith A Mullen completed a course on personal financial management given by internet by Financial Education Services, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: March 14, 2019            By:      /s/Mabelyn Ramirez

                                Name:   Mabelyn Ramirez

                                Title:  Instructor