# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re: Ronald Brett Mullen,  : Case No.: 15-15927
       Judith Ann Mullen  :
         : Chapter 13
       Debtors  :

## NOTICE OF UNDELIVERABLE MAIL

The debtors hereby request the following address previously listed on the creditor matrix be updated to the new address as reflected below.

| Old Address | New Address |
|---|---|
| Deily & Glastetter, LLP<br>8 Thurlow Terrace<br>Albany, NY 12203 | Deily & Glastetter, LLP<br>8 Southwoods Blvd.<br>Suite 207<br>Albany, NY 12211 |

Date: May 17, 2019

/s/ Matthew L. Conley
MATTHEW L. CONLEY, Esquire
Attorney for Debtor
300 N. Pottstown Pike, Suite 220
Exton, PA  19341
610-524-3200