United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 15-15927-amc
Ronald Brett Mullen                                                           Chapter 13
Judith Ann Mullen
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 2              Date Rcvd: May 15, 2019
                              Form ID: 138NEW         Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2019.
```
db/jdb         #+Ronald Brett Mullen,    Judith Ann Mullen,    637 Picket Way,    West Chester, PA 19382-5909
cr              +DEUTSCHE BANK NATIONAL TRUST COMPANY,    14841 Dallas Parkway, Suite 300,
                 Dallas, TX 75254-7883
cr              +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
cr              +Wells Fargo Bank, N.A./Wells Fargo Home Mortgage,    MAC X7801-014,    3476 Stateview Blvd.,
                 Fort Mill, SC 29715-7203
13582851        +Americredit Financial Services, Inc. dba,    GM Financial,    PO Box 183853,
                 Arlington, TX 76096-3853
13582852        +Ashley Fischer,    115 N. Essex Avenue,    Apartment 202,    Narberth, PA 19072-2224
13582853         Barclay Card,    Card Services,    P.O. Box 13337,    Philadelphia, PA  19101-3337
13582854         Capital One,    P.O. Box 8833,    Wilmington, DE  19899-8833
13835635         DEUTSCHE BANK NATIONAL TRUST COMPANY,    DEFAULT DOCUMENT PROCESSING,    MAC#N9286-01Y,
                 1000 BLUE GENTIAN ROAD,    EAGAN, MN 55121-7700
13596706        +Deutsche Bank National Trust Company,    c/o JOSEPH PATRICK SCHALK,    Phelan Hallinan, LLP,
                 1617 JOHN F. KENNEDY BLVD. SUITE 1400,    PHILADELPHIA, PA 19103-1814
13983560        +Deutsche Bank National Trust Company,    for Morgan Stanley Capital 2006-HE2,
                 c/o REBECCA ANN SOLARZ,    710 Market Street, Suite 5000,    Philadelphia, PA 19106-2312
13582859         Deutsche Bank National Trust Company c/o,    America's Service Company,    P.O. Box 14591,
                 Des Moines, IA  50306-3591
13641025        +Deutsche Bank National Trust, as Trustee,    America's Servicing Co. Attn: Bankruptcy,
                 MAC #D3347-014,    3476 Stateview Boulevard,    Fort Mill, SC 29715-7203
13582861        +Emergency Care Specialists,    701 E. Marshall St.,    West Chester, PA 19380-4412
13582862       +++Fornance Physician Service,    559 W. Germantown Pike,    Norristown, PA 19403-4250
13619258        +Midland Credit Management, Inc. as agent for,    MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren, MI 48090-2011
13582863         Paoli Hospital,    P.O. Box 8500-4876,    Philadelphia, PA  19178-4876
13582864         Phelan Hallinan LLP,    1617 JFK Boulevard, Suite 1400,    One Penn Center At Suburban Station,
                 Philadelphia, PA  19103
13582865         Sage Payment Solutions,    1750 Old Meadow Road,    Suite 300,    Mclean, VA  22102-4304
13873211        +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
13582866        +University of Penn Radiology,    3400 Spruce St.,    Philadelphia, PA 19104-4238
13582867        +Westtown Township,    P.O. Box 79,    Westtown, PA 19395-0079
13613866        +Westtown Township,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov May 16 2019 02:39:53     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 16 2019 02:39:32
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 16 2019 02:39:45     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13622672       +E-mail/Text: bncmail@w-legal.com May 16 2019 02:39:43     CERASTES, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13582855        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 16 2019 02:43:14
                 Capital One Bank (USA) N.A.,    P.O. Box 71083,    Charlotte, NC  28272-1083
13582856        E-mail/Text: kellyp@ccpdocs.com May 16 2019 02:40:01     Cardiology Consultants,
                 207 North Broad St., 3rd Floor,    Philadelphia, PA 19107-1500
13582857        E-mail/PDF: creditonebknotifications@resurgent.com May 16 2019 02:43:23     Credit One Bank,
                 P.O. Box 60500,    City Of Industry, CA  91716-0500
13582860        E-mail/Text: mrdiscen@discover.com May 16 2019 02:39:20     Discover,    P.O. Box 71084,
                 Charlotte, NC  28272-1084
13670166        E-mail/PDF: resurgentbknotifications@resurgent.com May 16 2019 02:43:15
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13612090       +E-mail/Text: bankruptcysst@alorica.com May 16 2019 02:39:19
                 Systems & Services Technologies, Inc,    4315 Pickett Road,    St. Joseph, MO 64503-1600
                                                                                               TOTAL: 10

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Westtown Township,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
13582858       ##+Deily & Glastetter, LLP,    8 Thurlow Terrace,    Albany, NY 12203-1006
13614806       ##+Westtown Township,    c/o JAMES RANDOLPH WOOD,    Portnoff Law Associates Ltd.,
                 1000 Sandy Hill Road, Suite 150,    Norristown, PA 19401-4181
                                                                                                TOTALS: 0, * 1, ## 2
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0313-2          User: John                Page 2 of 2                  Date Rcvd: May 15, 2019
                              Form ID: 138NEW           Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2019                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2019 at the address(es) listed below:

              ANDREW SPIVACK    on behalf of Creditor   Deutsche Bank National Trust Company, As Trustee et.
               al. paeb@fedphe.com
              JAMES RANDOLPH WOOD    on behalf of Creditor   Westtown Township jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor   Deutsche Bank National Trust Company, As Trustee
               et. al. paeb@fedphe.com
              KERI P EBECK    on behalf of Creditor   Specialized Loan Servicing, LLC As Servicer For Deutsche
               Bank National Trust Company, As Trustee For Morgan Stanley Capital, Inc. Trust 2006-He-2
               Mortgage Pass-Through Certificates, Series 2006-He2 kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              MATTHEW L. CONLEY    on behalf of Joint Debtor Judith Ann Mullen mconley@conleylawpractice.com
              MATTHEW L. CONLEY    on behalf of Debtor Ronald Brett Mullen mconley@conleylawpractice.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for
               Morgan Stanley Capital I Inc. Trust 2006-HE2, Mortage Pass- Through Cerftificates, Series
               2006-HE2 bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Specialized Loan Servicing LLC
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Deutsche Bank National Trust Company, As Trustee et.
               al. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Ronald Brett Mullen and Judith Ann Mullen

    Debtor(s)

Bankruptcy No: 15−15927−amc

Chapter: 13

---

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

        For The Court
        Timothy B. McGrath
        Clerk of Court

Dated: 5/15/19

79 − 78
Form 138_new